1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CLARK, and LUCINDA PROUTY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAELS STORES, INC., a Delaware Corporation; and DOES 1 through 100, Inclusive<br><br>Defendants. | **Case No. 05-CV-1678 WQH (JMA)**<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING AWARD OF ATTORNEYS' FEES, COSTS, CLASS REPRESENTATIVES ENHANCEMENT, AND CLAIMS ADMINISTRATION EXPENSES** |

1  HAYES, Judge:

2  Pending before the Court is the parties' joint motion for an Award of
3  Attorney's Fees, Costs, Class Representative Enhancements, and Claims
4  Administration Fees. (Doc. # 58).

5  **BACKGROUND**

6  On August 25, 2005, Defendant Michaels Stores removed Plaintiffs' Class
7  Action Complaint to this Court from the California State Superior Court. (Doc. #
8  1). Thereafter, the Court resolved certain discovery disputes and the parties
9  appeared at a number of conferences before the Honorable Jan M. Adler, United
10 States Magistrate Judge. (Docs. # 8-29). On or before October 24, 2006, the
11 parties settled the case. (Doc. # 30).

12 On March 13, 2007, the parties filed a joint motion for Preliminary
13 Approval of the Class Action Settlement. (Doc. # 38). On April 23, 2007, the
14 parties appeared before the Honorable William Q. Hayes, United States District
15 Judge, to argue in support of their motion for Preliminary Approval of the Class
16 Action Settlement. (Doc. # 46). Thereafter, on April 24, 2007, the Court ordered
17 the parties to submit additional briefing with respect to class certification (Doc. #
18 48), and on May 2, 2007, the parties filed the requested supplemental briefing and
19 additional supporting declarations. (Docs. # 49, 50). On May 23, 2007, and after
20 reviewing the relevant case law and the parties' moving papers and supporting
21 declarations, the Court granted the parties motion for Preliminary Approval of the
22 Class Action Settlement and conditionally certified the case as a class action.
23 (Doc. # 54).

24 On October 3, 2007, the parties filed the presently pending motion for an
25 Award of Attorney's Fees, Costs, Class Representative Enhancements, and Claims
26 Administration Fees. (Doc. # 58). In support of the motion, the parties submitted
27 substantial briefing, exhibits, and declarations. (Docs. # 57-58).

28 /

**STANDARD OF REVIEW**

"Attorneys' fees provisions included in proposed class action settlement agreements are, like every other aspect of such agreements, subject to the determination whether the settlement is 'fundamentally fair, adequate, and reasonable.'" *Staton v. Boeing Co.*, 327 F.3d 938, 963 (9th Cir. 2003) (citing FED. R. CIV. P. 23(e)). Accordingly, "to avoid abdicating its responsibility to review the agreement for the protection of the class, a district court must carefully assess the reasonableness of a fee amount spelled out in a class action settlement agreement." *Id.*

**ORDER**

This matter was heard by the Court on October 18, 2007, at 3:00 pm., in Department 4 of the United States District Court for the Southern District before the Honorable William Q. Hayes pursuant to the noticed Motion for Award of Attorneys' Fees, Costs, Class Representative Enhancements, and Claims Administration Expenses. (Doc. # 58).

The Court having considered the documents filed by the Parties in connection with the class action settlement, the oral arguments of counsel, as well as the comments and materials received from Parties interested in the Settlement, finds as follows:

1.     The Court finds that Class Counsel, having conferred a benefit on absent Class Members and having expended efforts to secure a benefit to the Class, is entitled to a fee and accordingly, the Court approves the application of Class Counsel, Law Offices of Cohelan & Khoury and Backstrom & Heinrichs, for $1,290,000.00 for their attorneys' fees and $23,176.45 for their litigation expenses.

1      2.    The Court further approves a payment of an enhancement to each of
the two Class Representatives, Plaintiff MICHAEL CLARK and Plaintiff
LUCINDA PROUTY in the amount of $5,000.00 for the initiation of this action,
work performed, and the risks undertaken for the payment of attorneys' fees and
costs as set forth in the moving papers.

    3.    The Court also hereby approves payment of the fees and costs of
Rust Consulting, Inc., the appointed claims administrator, of $202,648.88 for
services rendered and to be rendered in connection with the completion of its
duties pursuant to the settlement.

    4.    Any separate appeal from the portion of the Judgment regarding the
attorneys' fees and litigation costs awards or the Class Representative
enhancement awards shall not operate to terminate or cancel the Settlement
Agreement or otherwise affect the finality of this Judgment.

    5.    Defendant shall deliver, within five (5) days after the effective date[1]
of settlement, to Rust Consulting, Inc., the appointed claims administrator, all
sums necessary to pay the Court-awarded attorneys' fees, costs, class
representative enhancements, claims administration expenses, and the claims of all
members of the class who submitted valid and timely claims approved for
payment pursuant to terms of the Settlement Agreement.

    6.    The Court further approves and directs Rust Consulting, Inc., within

---

[1] "Final Approval" defined in the Settlement Agreement at Paragraph 1.4, means "the date when this Stipulation of Settlement has been approved by the District Court and the period for appeal has expired, or in the event of an appeal, the appeal has been finally resolved to uphold the District Court's approval of the Stipulation of Settlement."

1  fourteen (14) days after the effective date of settlement,  to disburse to those
2  persons and entities referenced below, in the manner set forth, the following sums:
3      A.    Law Offices of Cohelan & Khoury, for Class Counsels'
4            attorneys' fees: $1,290,000, by wire transfer;
6      B.    Law Offices of Cohelan & Khoury, for their litigation costs:
7            $22,818.03, by wire transfer;
10     C.    Law Offices of Backstrom & Heinrichs, for their litigation
11           costs: $358.42,
12     D.    Rust Consulting, Inc., the Claims Administrator, the sum of
13           $202,648.88 for services rendered in connection with its duties
14           and responsibilities to process claims and to disburse payments
15           pursuant to the terms of the settlement, prepare required tax
16           reporting for such payments, and respond to continuing
17           inquiries from the class and the Parties;
18     E.    Class Representative Enhancement Awards to:
19           1)    <u>Plaintiff, Michael Clark</u>
20               a)    $5,000.00 to be paid from the Settlement Fund, by
21                   check delivered to Class Counsel, Cohelan &
22                   Khoury;
23           2)    <u>Plaintiff, Lucinda Prouty</u>
24               a)    $5,000.00 to be paid from the Settlement Fund, by
25                   check delivered to Class Counsel, Cohelan &
26                   Khoury;
28     F.    Individual Settlement Payment checks in accordance with the

Settlement Agreement to those members of the Class who submitted valid Claim Forms, approved for payment, by U.S. First Class Mail.

8. The Court retains jurisdiction over the administration and effectuation of the Settlement including, but not limited to, the ultimate disbursal to the participating Class Members, payment of attorneys' fees and costs, the enhancement award to the Class Representatives, and the claims administration expenses and other issues related to this Settlement.

IT IS SO ORDERED.

DATED: November 15, 2007

**WILLIAM Q. HAYES**
United States District Judge